**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Acceptance Indemnity Insurance Company
                              Plaintiff,

v.                                                       Case No.: 1:22−cv−07145
                                                          Honorable Robert W. Gettleman

Red Dot Arms, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 22, 2023:

      MINUTE entry before the Honorable Robert W. Gettleman: Attorney H. Christopher Boehning's [17] [21] and Jeffrey J. Recher's [18] [22] motions for leave to appear *pro hac vice* [21] on behalf of defendants Jeffrey Bennett, Lauren Bennett, Michael Bennett, Terrie Bennett, Antonia Meglar, Lizet Montez, Lorena Rebollar Sedano, Jason Roberts, Keeley Roberts, Mirna Rodriguez, Deborah Samuels, Elliot Samuels, Oscar Sanchez, Jonathon Straus, Peter Straus, Bruce Sundheim, Amelia Tenorio, Alejo Toledo, Josefina Toledo, Petra Toledo, Ricardo Toledo, Gabriela Vergara, Sylvia Vergara, Christine Zeifert, Michael Zeifert, Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.