# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

ACCEPTANCE INDEMNITY INSURANCE COMPANY

Plaintiff,

v.

RED DOT ARMS, INC., KEELEY ROBERTS, JASON ROBERTS, LORENA REBOLLARSEDANO, RICARDO TOLEDO, PETRA TOLEDO, JOSEFINA TOLEDO, ALEJO TOLEDO, AMELIA TENORIO, ANTONIA MEGLAR, BRUCE SUNDHEIM, PETER STRAUS, JONATHON STRAUS, SYLVIA VERGARA, LIZET MONTEZ, GABRIELA VERGARA, LAUREN BENNETT, MICHAEL BENNETT, TERRIE BENNETT, JEFFREY BENNETT, DEBORAH SAMUELS, ELLIOT SAMUELS, MIRNA RODRIGUEZ, OSCAR SANCHEZ, MICHAEL ZEIFERT, CHRISTINE ZEIFERT, ELIZABETH TURNIPSEED, and JOSHUA CHUPACK

Defendants.

Case No. 1: 22 CV 7145
Judge Robert W. Gettleman

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) ACCEPTANCE INDEMNITY INSURANCE COMPANY

and against defendant(s) RED DOT ARMS, INC., KEELEY ROBERTS, JASON ROBERTS, LORENA REBOLLAR SEDANO, RICARDO TOLEDO, PETRA TOLEDO, JOSEFINA TOLEDO, ALEJO TOLEDO, AMELIA TENORIO, ANTONIA MEGLAR, BRUCE SUNDHEIM, PETER STRAUS, JONATHON STRAUS, SYLVIA VERGARA, LIZET MONTEZ, GABRIELA VERGARA, LAUREN BENNETT, MICHAEL BENNETT, TERRIE BENNETT, JEFFREY BENNETT, DEBORAH SAMUELS, ELLIOT SAMUELS, MIRNA RODRIGUEZ, OSCAR SANCHEZ, MICHAEL ZEIFERT, CHRISTINE ZEIFERT, ELIZABETH TURNIPSEED, and JOSHUA CHUPACK

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

☐ in favor of Defendant (s),

and against Plaintiff (s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The court declares that Plaintiff Acceptance Indemnity Insurance Company has no duty to defend or indemnify defendant Red Dot Arms, Inc. in the underlying actions brought against it by

Keeley Roberts, Jason Roberts, Lorena Rebollar Sedano, Ricardo Toledo, Petra Toledo, Josefina Toledo, Alejo Toledo, Amelia Tenorio, Antonia Meglar, Bruce Sundheim, Peter Straus, Jonathon Straus, Sylvia Vergara, Lizet Montez, Gabriela Vergara, Lauren Bennett, Michael Bennett, Terrie Bennett, Jeffrey Bennett, Deborah Samuels, Elliot Samuels, Mirna Rodriguez, Oscar Sanchez, Michael Zeifert, Christine Zeifert, Elizabeth Turnipseed, And Joshua Chupack

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a Motion.

Date:  11/15/2023                                Thomas G. Bruton, Clerk of Court

                                                 Claire E. Newman, Deputy Clerk